IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| LAQUANTA GRANT, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Civil Action No. 2:12cv386-WHA |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |

# ORDER

The Magistrate Judge entered a Recommendation (Doc. 18) in this case to which no timely objections have been filed.  After a review of the Recommendation, and after an independent review of the entire record, the court finds that the Recommendation should be adopted.  Accordingly, it is

ORDERED that the Recommendation of the Magistrate Judge is hereby ADOPTED and the 28 U.S.C. § 2255 motion filed by Petitioner is DENIED with prejudice.

A separate judgment shall issue.

Done this 10th day of December, 2014.

/s/ W. Harold Albritton
SENIOR UNITED STATES DISTRICT JUDGE